UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Flourish Home Investors LLC, | : | CASE NO. 22-57068 - WLH |
| | : | |
| DEBTOR. | : | |
| _____ | : | _____ |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| Flourish Home Investors LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S
MOTION TO DISMISS CASE**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a motion requesting the above-referenced case be dismissed.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the United States Trustee's motion at the following number: toll-free number **833-568-8864, meeting ID 161 202 1574, at 1:30 p.m.** on **October 20, 2022**, in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual

Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on this motion. You should read this motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: September 13, 2022

        MARY IDA TOWNSON
        UNITED STATES TRUSTEE
        REGION 21

        By: _____/s/_____
        Martin P. Ochs
        Georgia Bar No. 091608
        United States Department of Justice
        Office of the United States Trustee
        362 Richard Russell Building
        75 Ted Turner Drive, SW
        Atlanta, Georgia 30303
        (404) 331-4509
        martin.p.ochs@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| Flourish Home Investors LLC, | : | CASE NO. 22-57068 - WLH |
| | : | |
| DEBTOR. | : | |
| _____ | : | _____ |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| Flourish Home Investors LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW Mary Ida Townson, United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed by 28 U.S.C. § 586(a), and respectfully moves this Court to enter an order converting or dismissing the above-captioned Chapter 11 case for cause pursuant to 11 U.S.C. § 1112(b). In support thereof, the United States Trustee represents as follows:

1. This case was commenced September 6, 2022, by the filing on behalf of the Debtor of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition").

2. The Petition was signed by Dexter Hull, as an alleged member of the Debtor.

3. The Debtor did not file its Statement of Financial Affairs, Schedule(s) A/B, E/F, G and H, Summary of Assets and Liabilities, Corporate Resolution, List of Equity Security Holders, or List of 20 Largest Unsecured Creditors. (Doc. No. 3).

4. The Debtor did not pay its chapter 11 filing fee. (Doc. No. 4).

5. No trustee has been appointed in the case.

6. No committee of unsecured creditors has been appointed in the case.

7. It appears on the face of the petition that Debtor is an artificial entity and that it is not represented by an attorney.

8. It appears from a review of the docket that the Debtor has not sought an order to retain counsel in this bankruptcy case.

9. Because Debtor is an artificial entity, it cannot represent itself in this proceeding, nor may its officers appear before this court on its behalf unless they are licensed attorneys. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); *National Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.*, 748 F.2d 602, 609 (11th Cir. 1984).

WHEREFORE, the United States Trustee respectfully moves this Court to enter an order dismissing this case and granting such other relief as the Court deems just and proper.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

/s/
Martin P. Ochs
Georgia Bar No. 091608
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *United States Trustee's Motion to Dismiss Case and Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

ALL PARTIES ON ATTACHED MATRIX

/s/
Martin P. Ochs
Georgia Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 22-57068-wlh<br>Northern District of Georgia<br>Atlanta<br>Tue Sep 13 14:35:52 EDT 2022 | AlphaFlow, Inc.<br>135 Madison Avenue<br>New York, NY 10016-6759 | Churchill Real Estate<br>7 Mercer Street<br>New York, NY 10013-2585 |
| FCI Lender Services Inc<br>8180 E Kaiser Blvd<br>PO Box 27378<br>Anaheim, CA 92808-2277 | Flip Funding LLC<br>c/o MMMLAW<br>1600 Atlanta Financial Center<br>3340 Peachtree Road NE<br>Atlanta, GA 30326-1000 | Flourish Home Investors LLC<br>Suite 244<br>2870 Peachtree Road<br>Atlanta, GA 30305-2918 |
| Gingo Palumbo Law Group, LLC<br>4700 Rockside Road<br>Suite 440<br>Independence, OH 44131-2186 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA. 19104-5002 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Morris Manning & Martin LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road NE<br>Atlanta, GA 30326-1044 | New York Mortgage Trust<br>90 Park Ave Floor 23<br>New York, New York 10016-1336 | Martin P. Ochs<br>Office of the U. S. Trustee<br>362 Richard Russell Federal Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 |
| Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | United States Trustee<br>362 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Talia B. Wagner<br>Morris, Manning & Martin, LLP<br>Suite 1600<br>3343 Peachtree Rd, NE<br>Atlanta, GA 30326-1044 | Lisa McVicker Wolgast<br>Morris, Manning & Martin, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, GA 30326-1044 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AlphaFlow Transitional Mortgage Trust 2021 | (u)NYMT Commercial Acquisitions, LLC | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     2<br>Total                  18 |